UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMONG I, a fictitious name, on behalf of herself and as representative of members of a class of similarly situated claimants,<br><br>               Plaintiff,<br><br>     v.<br><br>LAO PEOPLE'S DEMOCRATIC REPUBLIC; et al.,<br><br>              Defendants. | No. 2:15-cv-2349 TLN AC<br><br><br>ORDER |

      Plaintiffs have moved for entry of default judgments. ECF Nos. 7, 11, 19, 22. This matter was accordingly referred to the undersigned by E.D. Cal. R. 302(c)(19).

      The court has received several letters from non-parties regarding the merits of this case. The court is returning these letters, sent by non-attorneys, to their senders.[1] Any person or entity wishing to be heard in this case may do so only in conformance with the Federal Rules of Civil Procedure, and/or if authorized by law.

////

////

---

[1] The court is not placing these letters on the public docket out of concern that the non-attorney senders may not have realized that letters sent to the court could become public documents.

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall return the letters received in this case to their senders, along with a copy of this order.

DATED: February 26, 2016

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE