UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMONG I, a fictitious name, on behalf of herself and as representative of members of a class of similarly situated claimants,<br><br>Plaintiff,<br><br>v.<br><br>LAO PEOPLE'S DEMOCRATIC REPUBLIC, et al.,<br><br>Defendants. | No. 2:15-cv-02349 TLN AC<br><br>ORDER |

This motion for default judgment was referred to a United States Magistrate Judge by Local Rule 302(c)(19).

On May 17, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.[1]  (ECF No. 34.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 39.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] The magistrate judge's previously filed findings and recommendations were vacated.  (ECF Nos. 30 & 34.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 17, 2016 (ECF No. 34), are adopted in full.

2. Plaintiff's motion for default judgment (ECF No. 19) is denied in its entirety.

3. The Court hereby strikes the first amended complaint filed March 30, 2016 (ECF No. 31), due to Plaintiff's failure to request leave to amend in accordance with Federal Rule of Civil Procedure 15(a)(2).  Because it appears the pending motion for default judgment (ECF No. 36) and motion for class certification (ECF No. 35) are based upon the amended complaint, those motions are denied as moot.

4. Plaintiff is ordered to show cause, in writing within 30 days of this order, why this case should not be dismissed for lack of federal jurisdiction.

Dated: June 13, 2016

Troy L. Nunley
United States District Judge

2